IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:10CR169 |
| | § | Judge Folsom |
| ALEJANDRO CASILLAS PRIETO (1) | § | |
|   a.k.a. "Alex" | § | |
| SERGIO ORTEGA (2) | § | |
|   a.k.a. "Chino" | § | |
| JESUS OSVALDO VALADEZ (3) | § | **FILED** |
| CAMILO BANALES (4) | § | U.S. DISTRICT COURT |
|   a.k.a. "Camilo Jimenez Banales" | § | EASTERN DISTRICT OF TEXAS |
| JOEL B. MORENO (5) | § | |
|   a.k.a. "Joel Moreno" | § | FEB 1 6 2011 |
|   a.k.a. "Joel Moreno Brito" | § | |
|   a.k.a. "Joel Brito Moreno" | § | DAVID J. MALAND, CLERK |
|   a.k.a. "Carlos Ramirez-Prada" | § | BY |
| ALMA PATRICIA MORENO (6) | § | DEPUTY _____ |
|   a.k.a. "Alma Moreno" | § | |
|   a.k.a. "Alma Garcia" | § | |
|   a.k.a. "Alma Patricia Garcia" | § | |
| BEATRIEZ ANN GUERRA (7) | § | |
|   a.k.a. "Beatriez Anne Guerra" | § | |
| ANGELA SAUCEDO GUERRA (8) | § | |
| JESUS ENRIQUEZ SANCHEZ (9) | § | |
|   a.k.a. "Jesse Sanchez" | § | |
|   a.k.a. "Jessie Sanchez" | § | |
| VICTOR LUNA (11) | § | |
| RAMIRO MORENO-BRITO (12) | § | |
| HILDEGARDO RODRIGUEZ | § | |
| VIRON (13) | § | |
|   a.k.a. "Javier" | § | |
|   a.k.a. "Rufino" | § | |

**THIRD SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 1**

## THIRD SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846
> (Conspiracy to Possess with the Intent to
> Manufacture and Distribute
> Methamphetamine)

That from sometime in or about January 2008, and continuously thereafter up to

and including December 8, 2010, in the Eastern District of Texas and elsewhere,

**Alejandro Casillas Prieto, a.k.a. "Alex"**
**Sergio Ortega, a.k.a. "Chino"**
**Jesus Osvaldo Valadez**
**Camilo Banales, a.k.a. "Camilo Jimenez Banales"**
**Joel B. Moreno**
**a.k.a. "Joel Moreno", "Joel Moreno Brito", "Joel Brito Moreno", "Carlos Ramirez-Prada"**
**Alma Patricia Moreno**
**a.k.a. "Alma Moreno", "Alma Garcia", "Alma Patricia Garcia"**
**Beatriez Ann Guerra, a.k.a. "Beatriez Anne Guerra"**
**Angela Saucedo Guerra**
**Jesus Enriquez Sanchez, a.k.a. "Jesse Sanchez", "Jessie Sanchez"**
**Victor Luna**
**Ramiro Moreno-Brito**
**Hildegardo Rodriguez Virgon, a.k.a. "Javier", "Rufino"**

defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly and

intentionally possess with the intent to manufacture and distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine and/or 50

grams or more of methamphetamine (actual) , a violation of 21 U.S.C. § 841(a)(1).

**THIRD SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 2**

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Second Superseding Indictment, these defendants herein may have used or intended to use, property to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846 , including but not limited to the following:

$3,760.00 in U.S. currency seized from **Alejandro Casillas Prieto**;

$1,300.00 in U.S. currency seized from **Alejandro Casillas Prieto**;

$24,459.53 in U.S. currency seized from **Sergio Ortega**;

$3,475.00 in U.S. currency seized from **Jesus Osvaldo Valadez**;

## CASH PROCEEDS -

Approximately $2,000,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

## SUBSTITUTE ASSETS -

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of

any other property of the defendants up to the value of the forfeitable property described

above.

By virtue of the commission of the offenses charged in this Second Superseding

Indictment, any and all interest the defendants have in the above-described property is

vested in the United States and hereby to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

_DM C_
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

ERNEST GONZALEZ
Assistant United States Attorney

2/16/2011
Date

**THIRD SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 4**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:10CR169 |
| | § | Judge Folsom |
| ALEJANDRO CASILLAS PRIETO (1) | § | |
|   a.k.a. "Alex" | § | |
| SERGIO ORTEGA (2) | § | |
|   a.k.a. "Chino" | § | |
| JESUS OSVALDO VALADEZ (3) | § | |
| CAMILO BANALES (4) | § | |
|   a.k.a. "Camilo Jimenez Banales" | § | |
| JOEL B. MORENO (5) | § | |
|   a.k.a. "Joel Moreno" | § | |
|   a.k.a. "Joel Moreno Brito" | § | |
|   a.k.a. "Joel Brito Moreno" | § | |
|   a.k.a. "Carlos Ramirez-Prada" | § | |
| ALMA PATRICIA MORENO (6) | § | |
|   a.k.a. "Alma Moreno" | § | |
|   a.k.a. "Alma Garcia" | § | |
|   a.k.a. "Alma Patricia Garcia" | § | |
| BEATRIEZ ANN GUERRA (7) | § | |
|   a.k.a. "Beatriez Anne Guerra" | § | |
| ANGELA SAUCEDO GUERRA (8) | § | |
| JESUS ENRIQUEZ SANCHEZ (9) | § | |
|   a.k.a. "Jesse Sanchez" | § | |
|   a.k.a. "Jessie Sanchez" | § | |
| VICTOR LUNA (11) | § | |
| RAMIRO MORENO-BRITO (12) | § | |
| HILDEGARDO RODRIGUEZ | § | |
| VIRON (13) | § | |
|   a.k.a. "Javier" | § | |
|   a.k.a. "Rufino" | § | |

**THIRD SUPERSEDING INDICTMENT/NOTICE OF PENALTY - Page 5**

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of Methamphetamine (actual) -- not less than10 years and not more that life imprisonment, a fine not to exceed $4 million, or both; supervised release of at least five (5) years;

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 5 grams or more of Methamphetamine (actual) -- not less than five (5) and not more than 40 years imprisonment, a fine not to exceed $2 million, or both; supervised release of at least four (4) years;

If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or if less than 5 grams of Methamphetamine (actual) -- not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least three (3) years.

Special Assessment:        $100.00